**ERIE RAILROAD COMPANY, as Owner of the Ferryboat JAMESTOWN, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant.**

**UNITED STATES of America, as Owner of the Steamship GEORGE E. BADGER, Cross-Libellant-Appellant, v. Ferryboat JAMESTOWN, her engines, etc., and Erie Railroad Company, Claimant-Respondent-Appellee.**

Nos. 72, 73, Docket 20338, 20339.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1946.

John F. X. McGohey, U. S. Atty., of New York City (Vincent A. Catoggio Jr., and John F. Quarto, Sp. Assts. to U. S. Atty., both of New York City, of counsel), for the United States, as owner of the George E. Badger.

Hagen & Eidenbach, of New York City (Charles W. Hagen, of New York City, of counsel), for appellee Erie R. Co.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decrees affirmed on opinion of COXE, Judge, 64 F.Supp. 946.

**John S. OWENS et ux., Appellants, v. W. A. THOMAS, Collector of Internal Revenue for the Second Collection District of Texas (Kate R. Thomas, Community Survivor of the Estate of herself and W. A. Thomas, deceased, substituted as party appellee in the place and stead of W. A. Thomas, deceased), Appellee.**

No. 11483.

Circuit Court of Appeals, Fifth Circuit.

Nov. 15, 1946.

Harry C. Weeks, of Fort Worth, Tex., for appellants.

Sewall Key, Acting Asst. Atty. Gen., and Lester L. Gibson, Sp. Asst. to Atty. Gen., both of Washington, D. C., and Robert B. Young, Jr., U. S. Atty., of Fort Worth, Tex., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Commissioner of Internal Revenue v. Flowers, 326 U.S. 465, 66 S.Ct. 250, the judgment is affirmed.